IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA TEACHER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 14-00179-KD-B |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 11) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 20, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendant's unopposed Motion to Remand (Doc. 10) is **GRANTED** and that this case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further proceedings.

**DONE** and **ORDERED** this the **23rd** day of **June 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**